## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Launa MASON (1),<br>Curtis MILLER (2),<br><br>Defendant. | Case No.: '21 MJ03783<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about September 13, 2021, within the Southern District of California, Launa MASON and Curtis MILLER, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Special Agent Jennifer Barnum
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th of June 2021.

*[signature]*
HON DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 13, 2021, at approximately 3:18 PM, Launa Mason, ("MASON"), a United States citizen and passenger Curtis Miller ("MILLER"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #5. MASON was the driver and MILLER was the passenger. Neither occupant was the registered owner of the 2004 Jeep Cherokee ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from MASON. Both occupants did not have identification documents at the time of inspection. A computer-generated alert was received for MILLER.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the passenger-side dashboard area of the vehicle.

Further inspection resulted in the discovery of 13 packages concealed in the firewall of the vehicle, with a total approximate weight of 2.3 kgs (5.07 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

MILLER was placed under arrest at approximately 4:35 PM. MASON was placed under arrest at approximately 4:45 PM.

1

During a post-Miranda interview, MILLER denied knowledge that the narcotics were in the vehicle. MILLER stated MASON borrowed the vehicle from a friend. MILLER stated on September 12, 2021, he and MASON went to Mexico to help a friend move by bringing a few boxes of personal belongings. MILLER stated while in Mexico, they went out to a bar at night for a few drinks. MILLER stated after going out to the bar, they went to a friend's house to sleep. On September 13, 2021, MILLER stated MASON was going to give him a ride to his mother's house in El Cajon, California from Tijuana, Mexico.

MILLER was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.